

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2015

No. 04-15-00065-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

On February 10, 2015, relator filed a petition for writ of mandamus. This court has determined that we do not have jurisdiction to grant the requested relief. The petition is DISMISSED FOR LACK OF JURISDICTION. Relator's request for leave to file the petition for writ of mandamus is DENIED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on February 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CR4546, styled *The State of Texas v. Robert Martinez*, pending in the 186th Judicial District Court, Bexar County.